| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED / LODGED / RECEIVED / COPY<br>JUN 0 4 2012<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY | CR-S-99-210-HDM(LRL) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR-12-50013-PHX-JAT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Walter Kelson | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Howard D. McKibben | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/25/08 | TO 1/24/13 |

**OFFENSE**

Distribution of a Controlled Substance
Aiding and Abetting

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 22, 2012                                    /s/ Howard D. McKibben
_____                           _____
Date                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

31/may/12                                       /s/ James A. Teilborg
_____                           _____
Effective Date                                  United States District Judge
                                                James A. Teilborg

Case 2:99-cr-002\_-HDM-LRL Document 151 Filed 0\_\_/12 Page 1 of 1

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | ☐ FILED  ☐ LODGED<br>☐ RECEIVED  ☒ COPY<br>JUN 0 4 2012<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY | CR-S-99-210-HDM(LRL) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR-12-50083-PHX-JAT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Walter Kelson | DISTRICT<br><br>NEVADA | DIVISION<br><br>U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Howard D. McKibben | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>1/25/08 | TO<br>1/24/13 |

**OFFENSE**

Distribution of a Controlled Substance
Aiding and Abetting

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 22, 2012                                                    *Howard D. McKibben*

_____                          _____
Date                                                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

31 *May* 12                                                        *[signature]*

_____                          _____
Effective Date                                                    United States District Judge
                                                                          James A. Teilborg